[No. 24058. Department One. July 21, 1932.]

FRANK PARKER et al., Respondents, v. DOROTHY ROBERTS et al., Defendants, GENERAL CASUALTY COMPANY OF AMERICA, Appellant.[1]

Ralph S. Pierce, for appellant.

Hayden, Metzger & Blair, for respondents.

PER CURIAM.—This is a companion case of Cypert v. Roberts, ante p. 33, 13 P. (2d) 55, tried in the superior court at the same time and presented together in this court. The questions involved are in all material respects similar to those in the Cypert case, and upon the authority of that case, the judgment of the superior court in this case is reversed, with directions to the superior court to enter judgment for the appellant.

[No. 24059. Department One. July 21, 1932.]

ALFRED MITCHELL et al., Respondents, v. DOROTHY ROBERTS et al., Defendants, GENERAL CASUALTY COMPANY OF AMERICA, Appellant.[2]

Ralph S. Pierce, for appellant.

Hayden, Metzger & Blair, for respondents.

PER CURIAM.—This is a companion case of Cypert v. Roberts, ante p. 33, 13 P. (2d) 55, tried in the superior court at the same time and presented together in this court. The questions involved are in all material respects similar to those in the Cypert case, and upon the authority of that case, the judgment of the superior court in this case is reversed, with directions to the superior court to enter judgment for the appellant.

[1]Reported in 13 P. (2d) 57.

[2]Reported in 13 P. (2d) 57.